UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| ANNE-STEPHANIE LEROY-GARCIA, | No. C 13-01181 LB |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S AND DEFENDANTS' STIPULATED MOTION TO RESCHEDULE HEARING** |
| v. | |
| BRAVE ARTS LICENSING, LLC, et al., | |
| Defendants. | [Re: ECF No. 16] |

Plaintiff filed her complaint on March 15, 2013. Eight Defendants have appeared, one Defendant has been voluntarily dismissed, and four Defendants have not yet appeared (although two of them have waived service of the complaint and summons and presumably will answer or otherwise respond to the complaint). The eight Defendants who have appeared filed a motion to transfer this action another district, and they noticed this motion for hearing on June 20, 2013.

Now, Plaintiff and the eight appearing Defendants filed a stipulated motion to advance the hearing on the motion to transfer from June 20, 2013 to June 6, 2013. The reason for this is that Plaintiff's lead counsel will be out of town from June 8, 2013 though the end of the month.

Upon consideration of the parties' motion and the court's schedule, the court **DENIES** the motion. The court's June 6, 2013 calendar is considerable and the court does not believe that the parties provided good cause for advancing, rather than postponing, the hearing. Moreover, the four Defendants who have not yet appeared still have not consented to the court's jurisdiction. Accordingly, because Plaintiff's counsel is not available on June 20, 2013, the court **CONTINUES**

1 the hearing on the eight appearing Defendants' motion to transfer to **Wednesday, July 3, 2013 at**
2 **9:30 a.m.** If this date does not work for the parties, they shall meet and confer and Defendants may
3 re-notice the motion to a later date, such as July 18, 2013 or August 1, 2013.

4 **IT IS SO ORDERED.**

5 Dated: May 15, 2013

6 _____
LAUREL BEELER
United States Magistrate Judge