UNITED STATES DISTRICT COURT<br>For the Northern District of California

# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| ANNE-STEPHANIE LEROY-GARCIA,<br><br>    Plaintiff,<br>  v.<br>BRAVE ARTS LICENSING, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-01181 LB<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>[Re: ECF Nos. 10, 21, 24] |

Plaintiff filed this copyright and trademark infringement case against 13 defendants. Complaint, ECF No. 1. One defendant (Soho Apparel Group, Inc.) was voluntarily dismissed, Dismissal, ECF No. 7, so now there are only 12 live defendants. Eight of the remaining 12 defendants (Brave Arts Licensing, Inc.; Gabriel Guez; Yvette Guez; Innovating Business Group, Inc.; Jean Pierre Guez; My Tribe; Jonathan Guez; and The California Apparel, LLC) filed a motion to dismiss Plaintiff's case or, alternatively, to transfer it, Motion, ECF No. 10, and 3 other defendants (Ideeli, Inc.; Neiman Marcus Group, Inc.; and Zulily, Inc.) have moved to join the motion, Motions for Joinder, ECF Nos. 21, 24. Only HauteLook, Inc., which was not served until June 10, 2013, has yet to appear. Proof of Service, ECF No. 23.

To rule on a motion to dismiss, which is a dispositive motion, all parties to this case must consent to the undersigned's jurisdiction. *See* 28 U.S.C. § 636. To date, two defendants (Ideeli, Inc.; and HauteLook, Inc.) have yet either to consent to or decline the undersigned's jurisdiction. Accordingly, attached to this order are copies of the forms by which Ideeli, Inc. and HauteLook, Inc.

may do so. They shall file either form by **July 3, 2013**.

Furthermore, in light of this complication, undersigned **CONTINUES** the hearing on the motion to dismiss or, alternatively, to transfer from July 3, 2013 to July 18, 2013 at 9:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. (If this new date does not work for counsel, they may stipulate to move the hearing to another one of the undersigned's civil law and motions calendars (e.g., August 1, 2013; August 15, 2013)).

**IT IS SO ORDERED.**

Dated: June 25, 2013

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 13-01181 LB
ORDER

2